AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARJORIE DIAZ,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 622-080

TIMOTHY C. WARD, et al.,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order entered September 27, 2023, Defendants' renewed Motion to Dismiss is granted, and this matter is dismissed. This case stands closed.

| | | |
|---|---|---|
| 9/27/2023 | | John E. Triplett, Clerk of Court |
| Date | | Clerk |
| | | *(signature)* |
| | | (By) Deputy Clerk |

GAS Rev 10/2020